NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAVARES HALL,                         )
                                      )
            Appellant,                )
                                      )
v.                                    )        Case No. 2D19-645
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
                                      )
_____)

Opinion filed November 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hardee County; Michael E. Raiden,
Judge.


PER CURIAM.


            Affirmed.


NORTHCUTT, CASANUEVA, and SLEET, JJ., Concur.